UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JUAN ORTEGA,                                                :
:
                           Plaintiff,              :
:       22-CV-2158 (VSB)
        -against-                           :
:       **ORDER**
:
FLEETPRIDE, INC.,                                           :
:
                           Defendant.          :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       It has been reported that the parties have reached a settlement in principle. (Doc. 12.) Accordingly, it is hereby:

       ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. The extension request at docket entry 11 is thus DENIED as moot, and the Clerk of Court is respectfully directed to close the motion at docket entry 11 and to terminate this action.

SO ORDERED.

Dated:  June 13, 2022
           New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge